

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00488-CV

**IN THE INTEREST OF T.F.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Counsels' motions to withdraw are GRANTED. Appellants are indigent; no costs are taxed against either appellant.

SIGNED February 18, 2015.

_____
Patricia O. Alvarez, Justice